

# AFFIDAVIT OF PUBLICATION

| Account # | Ad Number | Identification | PO | Amount | Cols | Depth |
|---|---|---|---|---|---|---|
| 664812 | 0004195287 | THE UNITED STATES DISTRICT COURT FOR T | ase No.: 8:19-cv-00939-JSM-SPF | $388.44 | 1 | 8.30 In |

**Attention:** Samantha Frey

HAMILTON, MILLER, & BIRTHISEL
100 SOUTH ASHLEY DRIVE
SUITE #1210
TAMPA, FL 33602

THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
IN ADMIRALTY
IN THE MATTER OF:
CASE NO.: 8:19-cv-00939-JSM-SPF
THE COMPLAINT OF FREEDOM MARINE SALES, LLC, AS OWNER, AND FREEDOM BOAT CLUB, LLC d/b/a FREEDOM BOAT CLUB, AS OWNER PRO HAC VICE, OF THE M/V BLUES CHASER, A 2018 22' SWEETWATER 2286 (HULL No.: GDY47874F818), ITS ENGINES, TACKLE, APPURTENANCES, EQUIPMENT, ETC., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY,
Petitioners.
NOTICE OF MONITION
LEGAL NOTICE FOR PUBLICATION. Notice is hereby given that Petitioners, FREEDOM MARINE SALES, LLC, as owner, and FREEDOM BOAT CLUB, LLC d/b/a FREEDOM BOAT CLUB, as owner proc hac vice (collectively the "Petitioners"), of the M/V 'BLUES CHASER, a 2018 Sweetwater 2286 bearing Hull Identification Number GDY47874F818 (the "Vessel"), at all times material, have filed a Complaint pursuant to Title 46, United States Code, Section 30501-305012, claiming the right to exoneration from or limitation of liability for any and all claims allegedly resulting from an incident which occurred on October 28, 2018 on or about Florida's territorial waters. Any and all persons or corporations claiming damage for any and all losses, destruction or damage arising from, or relating to, the matters set forth in the Complaint shall file their claims with the Clerk of the United States District Court for the Middle District of Florida, Tampa Division, Sam. H Gibbons U.S. Courthouse, 801 North Florida Avenue Tampa, Florida 33602 and serve on or mail to the Petitioners' attorneys, Hamilton, Miller & Birthisel, LLP, 100 South Ashley Drive, Suite 1210, Tampa, Florida 33602, Tel: (813) 223-1900, Fax: (813) 223-1933, a copy thereof on or before June 7, 2019; any and all persons or corporations desiring to contest allegations of the Complaint shall also file an answer in the United States District Court for the Middle District of Florida

**THE STATE OF FLORIDA**
**COUNTY OF MANATEE**

Before the undersigned authority personally appeared AMBAR LIZARRAGA, who, on oath, says that she is a Legal Advertising Representative of The Bradenton Herald, a daily newspaper published at Bradenton in Manatee County, Florida; that the attached copy of the advertisement, being a Legal Advertisement in the matter of Public Notice, was published in said

_____4_____ Insertion(s)

Published On:

May 07, 2019, May 14, 2019, May 21, 2019, May 28, 2019

Affidavit further says that the said publication is a newspaper published at Bradenton, in said Manatee County, Florida, and that the said newspaper has heretofore been continuously published in said Manatee County, Florida, each day and has been entered as second-class mail matter at the post office in Bradenton, in said Manatee County, Florida, for a period of one year next preceding the first publication of the attached copy of advertisement; and affiant further says that she has neither paid nor promised any person, firm or corporation any discount, rebate, commission or refund for the purpose of securing this advertisement for

_____
(Signature of Affiant)

Sowrn to and subscribed before me this 28th day of May in the year of 2019

_____
SEAL & Notary Public

LIZBETH AILEEN CORDERO
My Notary ID # 131868068
Expires January 25, 2023

and shall serve a copy thereof to the attorneys for Petitioners, on or before June 7, 2019. FAILURE TO TIMELY FILE A CLAIM AND/OR ANSWER BY JUNE 7, 2019, MAY RESULT IN A DEFAULT AND/OR THE WAIVER OF YOUR/RIGHT TO FILE A CLAIM AND/OR ANSWER.