UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN THE MATTER OF:

Case No.: 8:19-cv-939-T-30SPF

THE COMPLAINT OF FREEDOM MARINE
SALES, LLC, AS OWNER, AND FREEDOM
BOAT CLUB, LLC d/b/a FREEDOM BOAT
CLUB, AS OWNER *PRO HAC VICE*, OF THE
*M/V BLUES CHASER*, A 2018 22' SWEETWATER
2286 (HULL No.: GDY47874F818), ITS ENGINES,
TACKLE, APPURTENANCES, EQUIPMENT, ETC.,
IN A CAUSE OF EXONERATION FROM OR
LIMITATION OF LIABILITY,

    Petitioners.
_____/

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Sean P. Flynn (Dkt. 15). The Court notes that no party filed written objections to the Report and Recommendation and the deadline for filing such objections has passed.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Dkt. 15) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Petitioners' Motion for Default Judgment (Dkt. 2) is GRANTED.

3. Default judgment shall be entered against any and all potential claimants who have failed to respond to the Notice of Motion by filing a claim within the established notice period.

**DONE** and **ORDERED** in Tampa, Florida, this 15th day of August, 2019.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record